**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
SAM BENFORD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD,<br><br>                  Plaintiff,<br><br>     vs.<br><br>CALICA BROTHERS COLLISION CENTER LLC; 7025 N. FIGUEROA ST. LLC; and DOES 1 to 10,<br><br>                  Defendants. | **Case No.: 2:24-cv-05380-PA (KSx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

    **PLEASE TAKE NOTICE** that Plaintiff SAM BENFORD ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  August 16, 2024                     **SO. CAL. EQUAL ACCESS GROUP**


By:      */s/   Jason J. Kim*
         Jason J. Kim, Esq.
         Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**